[No. 9120–8–II.  Division Two.  July 23, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE DOUGLAS SMITH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84–1–00032–9, Paula Casey, J., entered September 3, 1985. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Edgerton, J. Pro Tem., concurred in by Callow and Swayze, JJ. Pro Tem.

[Nos. 8170–9–II; 8515–1–II.  Division Two.  July 23, 1987.]

THE STATE OF WASHINGTON, *Appellant,* v. JOHN J. MURRAY, *Respondent.*

THE STATE OF WASHINGTON, *Respondent,* v. JOHN J. MURRAY, *Appellant.*

Appeals from judgments of the Superior Court for Grays Harbor County, Nos. 84–1–00110–3, 83–1–00088–5, John H. Kirkwood, J., entered September 28, 1984, and February 25, 1985. *Affirmed* by unpublished opinion per Draper, J. Pro Tem., concurred in by Brachtenbach and Hopkins, JJ. Pro Tem.

[No. 16986–6–I.  Division One.  July 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY GEORGE McKINNEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00029–0, Faith Enyeart, J., entered August 23, 1985. *Dismissed* by unpublished per curiam opinion.